# EXHIBIT 1



Jamie Shelton <jeshelton595@gmail.com>

## New Verification Form
1 message

**via Clixsign** <notifications@clixsign.com>                    Thu, Sep 22, 2022 at 11:11 AM
Reply-To: notifications@clixsign.com
To: James Shelton <jeshelton595@gmail.com>



NOTIFICATION • SEPTEMBER 22, 2022



# Hi James Shelton
## Your Electronic Signature Is Requested

You are signer 1 of 1 on this document

Hi James,

I hope this email finds you well and that you are having a nice
day.  Please click on the link below to view and esign your
Verification Form.  If you have any questions for us please do
not hesitate to give us a call.

Kind Regards,

Credit Team

## REVIEW & SIGN NOW

## Do Not Share

This email contains a secure link to Clixsign. Please do not share this email, link, or access code with others.

## Questions?

If you have any questions or comments about this document or Clixsign, please contact Ivan Lohr

Clixsign is an Electronic Signature Service. This message was sent to you by Ivan Lohr (ilohr@regalcapgroup.com) who is requesting your signature on documents. The information contained in this transmission is confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, please discard and delete this message.



This message is intended for delivery to James Shelton (**jeshelton595@gmail.com**)

# EXHIBIT 2

Shelton Transports's financing options



Jamie Shelton <jeshelton595@gmail.com>

---

## Shelton Transports's financing options

6 messages

---

**Ivan Lohr** <ilohr@regalcapgroup.com>                                      Thu, Sep 22, 2022 at 11:13 AM
To: jeshelton595@gmail.com

James,

It was a pleasure speaking with you today. I look forward to assisting you with your funding needs.

When you have a minute, please complete the verification form that I sent to you at jeshelton595@gmail.com.

Along with your verification form, please email me your last 6 months of business bank statements.

Please call me, text me, or email me if you have any questions.

Thanks in advance,

Ivan Lohr - Financial Analyst
Phone:
Email: ilohr@regalcapgroup.com
1309 Coffeen Avenue #1200
Sheridan, WY 82801



The information in this e-mail (including any attachments) may be confidential or privileged and is intended solely for the addressee(s). If you are not the designated recipient, please do not review, disseminate, distribute or copy this email, because to do so is strictly prohibited. Rather, please immediately reply to the sender that you have received the email in error and, then, delete it (and any copies) from your system. Your cooperation is appreciated.

etracker

 **Verification Form.pdf**
744K

---

**Ivan Lohr** <ilohr@regalcapgroup.com>                                      Thu, Sep 22, 2022 at 11:11 AM
To: jeshelton595@gmail.com

[Quoted text hidden]

 **Verification Form.pdf**
744K

---

**James Shelton** <jeshelton595@gmail.com>                                   Mon, Sep 26, 2022 at 11:44 AM
To: Ivan Lohr <ilohr@regalcapgroup.com>

Ivan please don't call me again, thanks. I'm busy.

Sent from my iPhone

> On Sep 22, 2022, at 11:23 AM, Ivan Lohr <ilohr@regalcapgroup.com> wrote:

[Quoted text hidden]

---

📄 **Verification Form.pdf**
744K

---

**Ivan Lohr** <ilohr@regalcapgroup.com>          Thu, Oct 6, 2022 at 9:35 AM
To: James Shelton <jeshelton595@gmail.com>

Good morning James,

You've been quite busy and haven't replied back.

I am curious to know if you still need funding for the new truck to San Diego.

[Quoted text hidden]

---

**Jamie Shelton** <jeshelton595@gmail.com>          Fri, Nov 25, 2022 at 3:43 PM
To: Ivan Lohr <ilohr@regalcapgroup.com>

Hi Ivan,

Please provide a copy of your company's Do-Not-Call Policy to me. Please also do not contact 484-626-3942 again. Thanks.

[Quoted text hidden]

---

**Ivan Lohr** <ilohr@regalcapgroup.com>          Mon, Nov 28, 2022 at 9:37 AM
To: Jamie Shelton <jeshelton595@gmail.com>

Understood.
[Quoted text hidden]