| | |
|---|---|
| **From:** | Jamie Shelton <jeshelton595@gmail.com> |
| **Sent:** | Monday, November 28, 2022 4:16 PM |
| **To:** | PAED Documents |
| **Subject:** | Shelton v. Regal Capital Group, LLC, New Case Filing |
| **Attachments:** | Shelton v. Regal Capital Group, LLC Complaint.pdf |

**CAUTION - EXTERNAL:**

Dear Clerk,

I am the Plaintiff in the above-captioned new case filing. Please file the attached Civil Cover Sheet, Designation Form, Case Management Track Designation Form, and Complaint.

I will send a check for $402.00 to the clerk's office upon receiving a case number.

Thank you,

James Everett Shelton
(484) 626-3942



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.