AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| JAMES EVERETT SHELTON<br>*Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No.  22-4753 |
| REGAL CAPITAL GROUP, LLC<br>*Defendant(s)* | ) ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

REGAL CAPITAL GROUP, LLC
Registered Agent: Cloud Peak Law, LLC
1095 Sugar View Dr Ste 500
Sheridan, WY 82801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
JAMES EVERETT SHELTON
316 COVERED BRIDGE ROAD
KING OF PRUSSIA, PA 19406

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  12/6/2022                    *s/Joseph Gerard Lavin*
                                    *Signature of Clerk or Deputy Clerk*

**George Wylesol, Clerk of Court**
**U.S. District Court, Eastern District of PA**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-4753

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Regal Capital Group, LLC

was received by me on *(date)* 12/07/2022 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Brittney Jameson, clerk for registered agent , who is designated by law to accept service of process on behalf of *(name of organization)* Cloud Peak Law, LLC 1095 Sugar View Dr Ste 500, Sheridan, WY 82801 on *(date)* 12/07/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 45.00 for services, for a total of $ 45.00 .

I declare under penalty of perjury that this information is true.

Date: 12/12/2022

*Server's signature*

Dustin Looper, Process Server
*Printed name and title*

101 E Loucks St, Unit 6384
Sheridan, WY 82801
*Server's address*

Additional information regarding attempted service, etc:
Additional Documents Served: Complaint, Civil Cover Sheet, Case Management Track Designation Form, Exhibit 1, and Exhibit 2

12-7-22 @1:55pm
An individual who identified themselves as Britney Jameson, Clerk for Cloud Peak Law LLC, reviewed the statutory agent's records and accepted documents on behalf of Regal Capital Group LLC. (w, f, 30's, 5'8", 170lbs, blonde)