# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON** : | |
| *Plaintiff(s)* : | |
| : | |
| v. : | CIVIL NO. 22-4753 |
| : | |
| **REGAL CAPITAL GROUP, LLC** : | |
| *Defendant(s)* : | |

## O R D E R

**AND NOW,** this 13th day of June 2023, it is **ORDERED** that the Plaintiff shall comply with Rule 55 of the Federal Rules of Civil Procedure on or before July 5, 2023, or the above action shall be **DISMISSED** without prejudice for lack of prosecution in accordance with Rule 55 of the Federal Rules of Civil Procedure.

BY THE COURT:

s/Kai N. Scott
**HON. KAI N. SCOTT**
**United States District Court Judge**