# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON** : | |
| *Plaintiff(s)* : | |
| : | |
| v. : | CIVIL NO. 22-4753 |
| : | |
| **REGAL CAPITAL GROUP, LLC** : | |
| *Defendant(s)* : | |

## O R D E R

**AND NOW,** this 13th day of July 2023, finding that Plaintiff James Everett Shelton failed to comply with this Court's Order dated June 13, 2023, (Doc. No. 8), it is hereby **ORDERED** that the above action is **DISMISSED** without prejudice for lack of prosecution in accordance with Rule 55 of the Federal Rules of Civil Procedure. The Clerk of Court is directed to close this case for all purposes, including statistics.

BY THE COURT:

s/Kai N. Scott
**HON. KAI N. SCOTT**
**United States District Court Judge**